**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.facebook.com/ELUSIVEWILDLIFE/videos/782495593140551/



**EXHIBIT 2:** INFRINGEMENT #2
URL: htttps://www.instagram.com/p/CbbXue9l6ML/

